[No. 10521-1-III.   Division Three.   April 9, 1992.]

*In the Matter of the Marriage of* APRIL HOWES,
*Respondent, and* RONALD E.
HOWES, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 3-22793-D, Jerry M. Moberg, J., entered
December 14, 1989. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[No. 26164-9-I.   Division One.   April 13, 1992.]

*In the Matter of the Marriage of* JUDITH ANN
CHANDLER, *Respondent, and* ALAN SCOTT
CHANDLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-3-04066-6, Mary Wicks Brucker, J., entered
May 7, 1990. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Webster, A.C.J., and Pekelis, J.